## Commonwealth *v.* Middleton, Appellant.

Argued November 9, 1971. *Timothy J. Sullivan, Jr.,* Assistant Public Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *J. Alan Johnson,* Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.


## Commonwealth *v.* Mills, Appellant.

Submitted November 8, 1971. *Burton L. Fish,* for appellant; *Robert B. McCullough,* Assistant District Attorney, and *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.